**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RAFAEL ALEXANDER ALVAREZ-GUARA,**<br><br>***Petitioner*,**<br>**v.**<br><br>**TODD BLANCHE,** *in his official capacity as* U.S. Attorney General; **MARKWAYNE MULLIN,** *in his official capacity as* Secretary, U.S. Department of Homeland Security; *and* **MARY DE ANDA-YBARRA,** *in her official capacity as* U.S. Immigration and Customs Enforcement Field Office Director,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00698-DCG** |

**<u>ORDER DISMISSING CASE AS MOOT</u>**

Respondents report that Petitioner Rafael Alexander Alvarez-Guara voluntarily departed the United States on April 22, 2026.[1] This case is therefore moot.[2]

The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[3] The Court **CLOSES** the case.

**So ORDERED and SIGNED this 13th day of November 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] 2d Advisory, ECF No. 21, at 1.

[2] *See, e.g.*, *Sanchez-Vasquez v. ICE*, No. 2:26cv84, 2026 WL 1251196, at *1 (E.D. Va. Apr. 14, 2026) ("Because Petitioner's voluntary departure extinguishes any live controversy regarding the legality of his detention, the claim in the Petition is now moot.").

[3] *See Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").